UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
ELINE FREDERIQUE,

                Plaintiff,

                                ORDER
      -against-                 14-CV-6949(JS)

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
----------------------------------X
APPEARANCES:
For Plaintiff:      Jonathan R. Klee, Esq.
                    Klee & Woolf
                    350 Willis Avenue
                    Mineola, NY 11501

For Defendant:      No appearance

SEYBERT, District Judge:

On November 26, 2014, plaintiff Eline Frederique ("Plaintiff") filed a Complaint in this Court against the Commissioner of Social Security ("Defendant"), seeking review of the decision of the administrative law judge pursuant to section 205(g) and/or section 1631(c)(3) of the Social Security Act, as amended, 42 U.S.C. §§ 405(g) and/or 1383(c)(3). Plaintiff's Complaint is accompanied by an application to proceed in forma pauperis.

Upon review of Plaintiff's declaration in support of her application to proceed in forma pauperis, the Court finds that Plaintiff's financial status qualifies her to commence this action without prepayment of the filing fees. See 28 U.S.C. § 1915(a)(1). Accordingly, Plaintiff's application to proceed in forma pauperis is GRANTED and the Court ORDERS service of the Complaint by the

United States Marshal Service ("USMS") without prepayment of the filing fee.  The Clerk of the Court shall forward the Summons, the Complaint, and this Order to the USMS and the USMS shall serve the Defendant.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is DENIED for the purpose of any appeal.  See Coppedge v. United States, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed. 2d 21 (1962).

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated:    December __18__, 2014
          Central Islip, NY